# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2022

## NO. 03-21-00296-CV

**Robin Dunnick, Individually, and as Next Friend to Raynee Dunnick, and Dana Dunnick, Appellants**

**v.**

**Kristy Marsillo, D.O., Appellee**

## APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
## REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the order granting summary judgment signed by the trial court on May 25, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.